IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELEASE HILL; CARLTON NEWSOME;
VADA SMITH                                                                                       PLAINTIFFS

vs.                                    Case No. 13-cv-1089

CITY OF EL DORADO, an incorporated
body through Mayor Frank Hash in his
Official Capacity as may and the City
Council in their Individual Official Capacity
as the City Council of El Dorado                                                      DEFENDANTS

## JUDGMENT

Before the Court are two Motions for Summary Judgment filed by Defendants. (ECF Nos. 68 & 119). Plaintiffs have responded to these motions. (ECF Nos. 83 & 126). Defendants have filed Replies. (ECF Nos. 86 & 127). For the reasons set forth in the Memorandum Opinion of September 29, 2015, Defendants' Motion for Summary Judgment (ECF No. 68) is GRANTED IN PART and DENIED IN PART. For the reasons set forth in the Memorandum Opinion of May 17, 2016, Defendants' Motion for Summary Judgment (ECF No. 119) is GRANTED. Judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED**, this 3rd day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge